

# IN THE
## TENTH COURT OF APPEALS

### No. 10-09-00310-CV

## IN THE MATTER OF THE MARRIAGE OF
## RICKEY HARRIS AND JOYCE HARRIS,

**From the 13th District Court
Navarro County, Texas
Trial Court No. 09-17955-CV**

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties in an August 11, 2010 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days.  No response has been received.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed September 15, 2010
[CV06]